IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA                                                                          PLAINTIFF

V.                                              NO. 4:02CR00123GH

LAURA WATKINS                                                                                     DEFENDANT

**MOTION TO DISMISS PETITION FOR REVOCATION OF PROBATION**

The United States of America, for its Motion to Dismiss the Petition for Revocation of Probation, states as follows:

1. On August 16, 2004, the Government filed a petition for revocation of defendant's probation due to noncompliance with supervised release conditions.

2. On January 6, 2005, a status hearing was held concerning the Government's petition in order to receive a report from the probation officer regarding the defendant's compliance. Since that time, the defendant has complied with the terms of supervised release and has made progress in the drug treatment program.

WHEREFORE, the United States of America moves that its Petition for Revocation of Probation be dismissed, and for all other proper relief.

BUD CUMMINS
U. S. ATTORNEY

/s/ Karen D. Coleman
Assistant U. S. Attorney
Bar No. 94132
P. O. Box 1229
Little Rock, AR 72203
(501)340-2607
karen.coleman@usdoj.gov

**CERTIFICATE OF SERVICE**

  I hereby certify that on July 15, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

Kimberly Witherspoon  
Assistant Federal Public Defender  
1401 West Capitol, Suite 490  
Little Rock, AR 72201

                /s/ Karen D. Coleman  
                Assistant U. S. Attorney  
                Bar No. 94132  
                P. O. Box 1229  
                Little Rock, AR 72203  
                (501)340-2607  
                karen.coleman@usdoj.gov